# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVITAE CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>NATERA, INC.,<br><br>               Defendant. | C.A. No. 21-cv-669-GBW |
| INVITAE CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>NATERA, INC.,<br><br>               Defendant. | C.A. No. 21-cv-1635-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2023, a copy of: (i) Expert Report of Dan E. Krane; (ii) Expert Report of Joshua P. Earl; and (iii) Expert Report of Alexander L. Clemons was served on the following as indicated:

<u>Via E-Mail</u>
Karen Jacobs
Brian P. Egan
Derek J. Fahnestock
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjacobs@morrisnichols.com
began@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Defendant Natera, Inc.*

<u>Via E-Mail</u>
Eric Alan Stone
Daniel J. Klein
Ariella C. Barel
Eliza P. Strong
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
natera-invitae@groombridgewu.com

*Attorneys for Defendant Natera, Inc.*

Dated: June 19, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Plaintiff Invitae Corporation*